UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:   Case No.: 6:06-bk-03249-ABB

MICHELLE FABRIZIO,

      Debtor(s).

_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW, CENTRAL FLORIDA EDUCATORS FEDERAL CREDIT UNION ("Claimant"), by and through its undersigned attorney, and moves this Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a creditor in the above-captioned bankruptcy case and on whose behalf funds were deposited. Claimant has a right to claim said funds.

**Name of Claimant:** Central Florida Educators ("CFE") Federal Credit Union

**Mailing Address:** Attn: Legal Dept., 1000 Primera Blvd., Lake Mary, FL 32746

**Telephone Number:** 407-228-7670

**Last Four Digits of Tax ID Number:** **-***8236

**Amount of Claim:** $4,145.22

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

Case No. 6:06-bk-03249-ABB

I HEREBY CERTIFY that a copy of this Motion was mailed to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

/s/ Kevin Scott Miller

---

KEVIN SCOTT MILLER, Esquire
Florida Bar No.: 0484245
CENTRAL FLORIDA EDUCATORS
FEDERAL CREDIT UNION
1000 Primera Blvd.
Lake Mary, FL 32746
(407) 228-7670 telephone
(407) 333-5092 fax
legal@mycfe.com email